# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0237

_____

JOSEPH W. HALL, sui juris, as
Beneficiary,

      Appellant,

      v.

WELLS FARGO BANK N.A.,

      Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

March 28, 2025

PER CURIAM.

      DISMISSED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph W. Hall, pro se, Appellant.

Alan M. Pierce of Liebler, Gonzalez & Portuondo, Miami, for Appellee.